THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY LARAQUE, Appellant. [639 NYS2d 724]

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

Further, contrary to the defendant's contention, the defendant was not deprived of the effective assistance of counsel (*see, People v Baldi,* 54 NY2d 137).

We have examined the defendant's remaining contentions and find them to be without merit. Balletta, J. P., Thompson, Pizzuto and Altman, JJ., concur.